**Abatement order filed August 1, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00884-CR
_____

**GERALD ALLEN SPIKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1517921**

## ABATEMENT ORDER

Appellant appeals the adjudication of his guilt for aggravated assault with a deadly weapon. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744. By way of example, and without

limitation, we observe there is a question as to the admissibility and suppressability of State's exhibit 7. The *Anders* brief does not address this issue.

Accordingly, we abate the appeal and remand to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing the appointment filed with the clerk of this court by **September 6, 2019**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.